# IN THE CIRCUIT COURT OF ADAIR COUNTY, MISSOURI

| | |
|---|---|
| JERRY C. STEELE II, ELIZABETH A. STEELE, And JORDAN M. HARTMAN as Next Friend of N.R.H., a Minor<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. BLENZ, FLINT HILLS TRUCKING, LLC, and EVERETT'S, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 20AR-CV00737<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING NOTICE OF REMOVAL

**TO:** **The Clerk of the Circuit Court of Adair County, Missouri and all parties and their respective counsel of record.**

YOU ARE HEREBY NOTIFIED that on the 8th day of September 2020, Defendant Everett's, Inc. filed its Notice of Removal in the above captioned matter in the United States District Court for the Eastern District of Missouri. A copy of that Notice of Removal (without the attachments thereto) and proof that the same was filed electronically are attached hereto as Exhibit A.

Respectfully Submitted,

SHAFFER LOMBARDO SHURIN, PC

*/s/ Richard F. Lombardo*
Richard F. Lombardo   MO# 29478
Michael F. Barzee   MO#65764
2001 Wyandotte Street
Kansas City, Missouri 64108
816-931-0500
816-931-5775 (fax)
rlombardo@sls-law.com
mbarzee@sls-law.com
ATTORNEYS FOR DEFENDANT
EVERETT'S, INC.

# CERTIFICATE OF SERVICE

NOW ON THIS 8th day of September 2020, the undersigned certifies that the above notice was served upon the following counsel by electronic mail:

Jay Benson
THE BENSON LAW FIRM LLC
111 South Baltimore
P.O. Box 219
Kirksville, Missouri 63501
660-627-0111
660-627-0113 (fax)
jbenson@cableone.net
ATTORNEY FOR PLAINTIFFS

Copy of the above will also be served upon counsel for the other defendants.

/s/ Richard F. Lombardo